HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORNHUSKER CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS KACHMAN and DEBBIE KACHMAN, husband and wife; ROCKERIES, INC., a Washington corporation; LESTER MADDEN and JANE DOE MADDEN, husband and wife and the marial community comprised thereof; BROOK SAMPLES, individually and as Personal Representative of the Estate of LEANNE SAMPLES,<br><br>Defendants. | Case No. C05-5026 RBL<br>[Consolidated with C09-0273RBL]<br><br>ORDER TO SHOW CAUSE |

THIS MATTER comes before the Court on its own Motion. The parties' joint status Report [Dkt. #9] in Cuase No. 9-0273RBL lists as a potential witness for Defendant Samples [Plaintiff Samples in cause No. 09- 0273] the Honorable Ronald B. Leighton, the judge in this case. Samples is hereby ORDERED TO SHOW CAUSE why the listing of the judge as a witness in a case over which he is currently presiding should not be STRICKEN. Defendant Samples should do so not later than Monday, April 27.

//

/

ORDER
Page - 1

1 | No Response from Cornhusker is required or permitted unless the court so requests.

IT IS SO ORDERED this 23rd day of April, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2